IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. CR-F-02-5333 REC |
| ) | |
| ) | ORDER DIRECTING PARTIES TO |
| ) | APPEAR ON MONDAY, OCTOBER |
| Plaintiff,      ) | 31, 2005 AT 10:00 A.M. FOR |
| ) | STATUS CONFERENCE RE NINTH |
| vs.      ) | CIRCUIT REMAND AND |
| ) | DIRECTING FEDERAL DEFENDER |
| ) | TO APPOINT COUNSEL TO |
| JUAN ANTONIO CHAVEZ-REGALADO,  ) | REPRESENT DEFENDANT IF |
| ) | DEFENDANT HAS NOT RETAINED |
| ) | COUNSEL |
| Defendant.      ) | |
| ) | |
| _____ ) | |

The Ninth Circuit has remanded the sentence in this matter
for further proceedings pursuant to <u>United States v. Ameline</u>, 409
F.3d 1073 (9th Cir. 2005).

Pursuant to the Ninth Circuit's remand, the parties are
ordered to appear on Monday, October 31, 2005 at 10:00 a.m. in
Courtroom One for further status conference.

If defendant has not retained counsel to represent him, the
Federal Defender is ordered to appoint counsel for purposes of

1

1  the status conference and further proceedings pursuant to the

2  remand.

3       IT IS SO ORDERED.

4  **Dated:  September 23, 2005          /s/ Robert E. Coyle**

5  668554                              UNITED STATES DISTRICT JUDGE

2