```
W. Scott Quinlan
Attorney at Law
2333 Merced St.
Fresno, California  93721
559/442-0634

Attorney for Juan Antonio Chavez-Regalado
```

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-F-02-5333 |
| | ) | |
| Plaintiff, | ) | **SUBSTITION OF ATTORNEYS** |
| | ) | **Judge Robert E. Coyle** |
| vs. | ) | |
| | ) | |
| JUAN A. CHAVEZ-REGALADO, | ) | |
| | ) | |
| Defendants. | ) | |

    Defendant Juan A. Chavez-Regalado hereby substitutes CAROLYN D. PHILLIPS, as his counsel of record in the above-entitled case in the place of W. Scott Quinlan.

Dated:        November 23, 2005              /s/ Juan Antonio Chavez-Regalado
                                              JUAN ANTONIO CHAVEZ-REGALADO

    Above substitution consented to.

Dated:        November 23, 2005              /s/ W. Scott Quinlan
                                              W. SCOTT QUINLAN

    Above-substitution accepted.

Dated:     November 23, 2005

*Substitution of Attorneys*
*U.S. v. Chavez-Regalado, Case No. CR F-02-5333*                                                    1

PDF created with pdfFactory trial version www.pdffactory.com

```
                                            /s/ Carolyn D. Phillips
                                           _____
                                           Carolyn D. Phillips,
                                           #103045
                                           P.O. Box 5622
                                           Fresno, CA  93755-5622
                                           (559)248-9833
```

**ORDER**

    IT IS SO ORDERED.

    Dated:    November 29, 2005        /s/ROBERT E. COYLE
                                                         ROBERT E. COYLE, Judge
                                                         United States District Court
                                                         Eastern District of California

*Substitution of Attorneys*
*U.S. v. Chavez-Regalado, Case No. CR F-02-5333*    2

PDF created with pdfFactory trial version www.pdffactory.com